1
2
3
4
5
6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 5:23-cv-01145-MRA-SP |
|---|---|
| Plaintiff, | Judgment against Christine E. Runnels as to Count IV |
| v. | |
| BARBARA MALINS, Individually; | |
| CURTIS MALINS, as the Executor or Statutory Executor of the Estate of William G. Malins, and Individually; | |
| CHRISTINE E. RUNNELS, Individually; | |
| WILLIAM O. MALINS, Individually; | |
| Defendants. | |

Upon the stipulation of Plaintiff United States of America and Defendant Christine E. Runnels for entry of judgment against Christine E. Runnels and good cause appearing:

    1.    Judgment is entered in favor of the United States of America and against Defendant Christine E. Runnels as to Count IV of the United States' Complaint (Dkt. 1) for her personal liability under 26 U.S.C. § 6324(a)(2) in the amount of $429,633.37, plus interest from the date of entry of judgment under 28 U.S.C. § 1961 until paid.

2. The United States of America and defendant Christine E. Runnels shall each bear their respective costs, including attorney's fees and other costs associated with Count IV of this litigation.

IT IS SO ORDERED.

Dated: June 04, 2024

                            HON. MÓNICA RAMÍREZ ALMADANI
                            UNITED STATES DISTRICT JUDGE